UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNER HEART HOSPITAL, et al.    )<br>                                                    )<br>                          Plaintiffs,  )<br>    v.                                                   )<br>                                                   )<br>SYLVIA M. BURWELL, Secretary,    )<br>United States Department of              )<br>Health and Human Services,            )<br>                                                   )<br>                        Defendant.  )<br>                                                   ) | Case No. 1:14-cv-1195 (APM) |

### **PLAINTIFFS' NOTICE OF FILING ELECTRONIC COPIES OF BRIEFS WITH HYPERLINKS**

Pursuant to the Court's November 4, 2015 Minute Order, Plaintiffs are filing copies of their "summary judgment papers hyperlinked to all underlying record citations and cited legal authorities."

Plaintiffs are filing PDF documents created in Adobe Acrobat X Pro containing copies of their two presently-filed briefs:

(1) Plaintiffs' Motion for Summary Judgment and Request for Oral Hearing (June 1, 2015), ECF No. 23 (identified on disc as "Plaintiffs' Motion for Summary Judgment – ECF 23"); and

(2) Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment, and Reply in Support of Plaintiffs' Motion for Summary Judgment (October 29, 2015), ECF No. 32 (identified on disc as "Plaintiffs' Opposition – ECF 32").

Each brief contains hyperlinks linking administrative record citations to a copy of the joint appendix filed by Plaintiffs, pursuant to Loc. Civ. R 7(n). *See* Notice of Filing of Joint Appendix Under Local Civil Rule 7(n), ECF No. 36 (identified on disc as "JA – with Exhibits – FILED"). Each brief also contains hyperlinks to all cited legal authorities. The additional

1

folders on the disc contain PDFs of the hyperlinked materials and need not be separately reviewed.

    Pursuant to the Court's Minute Order, Plaintiffs are submitting two copies of the compact disc to the Judge's chambers through the Court Security Officer at the loading dock at Third Street NW and C Street NW.  Plaintiffs are serving a copy of the disc on the Defendant Secretary by FedEx overnight delivery.

Date: December 4, 2015

Respectfully submitted,

*s/ Stephen Nash*
Stephen Nash (D.C. Bar No. PA0037)
Sven Collins*
Michi Tsuda*
Mimi Hu Brouillette*
*Admitted Pro Hac Vice
SQUIRE PATTON BOGGS (US) LLP
1801 California St., Ste 4900
Denver, CO 80202
(303) 894-6173
E-mail: stephen.nash@squirepb.com

Counsel for Plaintiffs